766 A.2d 284

IN THE MATTER OF JOHN M. POWER AN ATTORNEY AT LAW.

February 15, 2001.

## O R D E R

This matter having been duly presented to the Court, it is ORDERED that **JOHN M. POWER** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1992, and who was suspended from the practice of law for a period of six months, effective July 20, 2000 by Order of this Court dated June 20, 2000, be restored to the practice of law, effective immediately.